IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LLOYD'S LONDON A/S/O BUCHANAN : | |
| RIGGING & HAULING, INC., et al., : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| UNITED FINANCIAL CASUALTY : | |
| COMPANY, : | No. 12-2063 |
| Defendant. : | |

### ORDER

AND NOW, this **28th** day of **June, 2012**, upon consideration of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff's response thereto, and Defendant's reply thereon, it is hereby **ORDERED** that the motion (Document No. 3) is **GRANTED in part** and **DENIED in part** as follows:

1. The motion is **GRANTED** as to Plaintiff's bad faith claim. Count III is **DISMISSED**.

2. The motion is **DENIED** as to Counts I and II.

BY THE COURT:

_____
Berle M. Schiller, J.